Decided February 16, 1994

STATE OF CONNECTICUT *v.* MICHAEL C. REDDICK

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 311 (AC 10500), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Matthew Cholewa, Linda L. Morkan* and *Paul M. Vogt,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided February 16, 1994

STATE OF CONNECTICUT *v.* JAMES DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 915 (AC 11824), is denied.

*John L. Stawicki,* in support of the petition.

*David J. Sheldon,* deputy assistant state's attorney, in opposition.

Decided February 16, 1994